IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES RON GREEN | § | |
| v. | § | CIVIL ACTION NO. 9:04cv227 |
| NICHOLSON MANUFACTURING CO. | § | |

FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a stipulation of dismissal having been filed by the parties, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED** with prejudice and that all costs of Court incurred in this cause are hereby taxed and assessed against the party incurring same.

So **ORDERED** and **SIGNED** this **7** day of **February, 2006.**

_____
Ron Clark, United States District Judge